Carson LETT, Joe Lee Adams, Thomas
L. Ingram, Appellants,

v.

UNITED STATES of America,
Appellee.

No. 12802.

United States Court of Appeals
Sixth Circuit.

June 6, 1956.

Stephen M. D. Burns, Cincinnati, Ohio, for appellants.

Hugh K. Martin, Columbus, Ohio, James E. Rambo, Dayton, Ohio, for appellee.

Before ALLEN, McALLISTER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed for the reasons set forth in the opinion of Judge Cecil, 143 F.Supp. 594.

---

Mrs. Madeliene Twinam THOMAS,
Appellant,

v.

J. R. CHAMBERLAIN et al.,
Appellees.

No. 12689.

United States Court of Appeals
Sixth Circuit.

June 27, 1956.

Roberts & Weill, Chattanooga, Tenn., Frank M. Gleason, Rossville, Ga., for appellant.

Ellis K. Meacham and J. W. Anderson, Chattanooga, Tenn., for appellees.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed upon the opinion of Judge Darr, 143 F. Supp. 671, sustaining appellees' motion for a summary judgment, which was adopted by the district court as its findings of fact and conclusions of law.